UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 28, 2017

MEMO TO COUNSEL RE: Patricia Ganzzermiller v. University of Maryland
Upper Chesapeake Medical Center, et al.
Civil No. JFM-16-3696

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion to dismiss. The motion (document 18) is denied, and plaintiffs are granted leave to file a second amended complaint.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge