UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 19, 2017

MEMO TO COUNSEL RE: Patricia Ganzzermiller v. University of Maryland Upper Chesapeake Medical Center, et al.
Civil No. JFM-16-3696

Dear Counsel:

I have reviewed the papers submitted in connection with the motion to dismiss second amended complaint filed by defendants University of Maryland Medical System Corporation and University of Maryland Upper Chesapeake Health System.

The motion (document 28) is denied. I am persuaded that at least minimum discovery should be conducted before ruling upon the motion. The issue presented, however, is a close one and plaintiff should consider voluntarily dismissing these defendants if the limited discovery does not support their claims.

A conference call will be held on __July 11, 2017__ at __4:45__ p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge